BUCHALTER NEMER
A Professional Corporation
PETER D. HOLBROOK (SBN: 105845)
CAROL DWYER DEFREITAS (SBN: 239769)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: pholbrook@buchalter.com
Email: cdefreitas@buchalter.com

Attorneys for Plaintiff
OCEAN TOMO, LLC, an Illinois Limited Liability Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN TOMO, LLC, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE LEE, an individual<br><br>Defendant. | Case No. SACV12-146JVS(MLGx)<br>Honorable: James V. Selna<br><br>**ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION TO ENJOIN AND RESTRAIN DEFENDANT STEVE LEE FROM:**<br><br>**1. MISAPPROPRIATION OF TRADE SECRETS;**<br><br>**2. BREACH OF CONTRACT;**<br><br>**3. VIOLATION OF PENAL CODE §502;**<br><br>**4. VIOLATION OF BUSINESS AND PROFESSIONS CODE §1720; AND**<br><br>**5. VIOLATION OF COMPUTER FRAUD ABUSE ACT, 18 USC §1030** |

TO STEVE LEE AND HIS ATTORNEYS:

YOU ARE HEREBY ORDER TO SHOW CAUSE at 1:30 p.m., on February 17, 2012, or as soon thereafter as you or your counsel may be heard in Courtroom 10C of the United States District Court for the Central District of California, Santa Ana Courthouse, located at 411 West Fourth Street, Santa Ana, California, 92701-4516, before the Honorable James V. Selna, why you, your agents, servants, employees, attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action or from one year, whichever is earlier, from:

1. Accessing, disclosing, sharing, copying, divulging, making known to any business, person or individual, or making any use whatsoever of:

(a) attorney-client communications and attorney work-product of Ocean Tomo including but not limited to communications and documents transmitted to and from Joel Lutzker relating to the arbitration proceeding before the American Arbitration Association entitled In the Matter of Ocean Tomo LLC v. Patent Ratings, LLC (the "Arbitration");

(b) confidential, proprietary information, and trade secrets of Ocean Tomo relating to business information, client information, technology, products, and services of Ocean Tomo, defined as:

Information not generally available to the public that was obtained from Ocean Tomo, or any of its Affiliates or that was learned as a result of the performance of any services by the Executive to or on behalf of Ocean Tomo, and which falls within the following general categories: (a) information concerning trade secrets of Ocean Tomo or any of its Affiliates; (b) information concerning existing or contemplated products, services, technology, designs, processes, research or product developments of Ocean Tomo or any of its Affiliates; (c) information concerning business plans, sales or marketing methods, methods of doing business, customer lists,

customer usages and or requirements, or supplier information of Ocean Tomo or any of its Affiliates; (d) information concerning the identity needs, purchase and payment patterns of, and credit terms, pricing of special relations with, the customers of Ocean Tomo or any of its Affiliates; (e) information concerning the identity, net prices and credit terms of, and special relations with, the suppliers of Ocean Tomo or any of its Affiliates; or (f) any other confidential information with Ocean Tomo or any of its Affiliates may reasonably have the right to protect by patent, copyright or by keeping it secret and confidential.

2. Disclosing any information regarding Ocean Tomo to Patent Ratings, LLC and/or Jonathan Barney or their affiliates, attorneys, agents, or employees, prior to March 10, 2012 and until the conclusion of the Arbitration action, unless at a duly noticed deposition at which counsel for Ocean Tomo is present.

3. Required to immediately deliver within 48 hours to Ocean Tomo all data, information, files taken and copied from the laptop computer and hard drive provided to you during your employment at Ocean Tomo, or from any other Ocean Tomo computer, network, server, device, machine or other equipment, which are in your control, custody or possession.

4. Any written response to the Order to Show cause shall be filed and personally served no later than 5 p.m. February 10, 2012. Any reply shall be filed and personally served no later than noon February 15, 2012.

DATED: February 03, 2012

*/s/ James V. Selna*
Hon. James V. Selna
United States District Court Judge,
Central District of California